HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
ABEL MURILLO-PAIZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-00049 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND |
| vs. | EXCLUDE TIME |
| ABEL MURILLO-PAIZ, | Date: April 23, 2015 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Assistant United States Attorney Katherine Lydon, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Abel Murillo-Paiz, that the status conference scheduled for April 23, 2015 be continued to May 7, 2015 at 9:00 a.m.

The grounds for the continuance are that Defense counsel would like additional time to review recently obtained Immigration Court records and to continue communications with the government regarding potential resolution of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 7, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-                    *Stipulation and Order to Continue Status Conference*

DATED: April 20, 2015      Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Sean Riordan
SEAN RIORDAN
Assistant Federal Defender
Attorney for Abel Murillo-Paiz

DATED: April 20, 2015      BENJAMIN B. WAGNER
United States Attorney

/s/ Sean Riordan for
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.  Time from the date the parties stipulated, up to and including May 7, 2015, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  The April 23, 2015 status conference is continued to May 7, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  April 24, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Stipulation and Order to Continue Status Conference*